IN THE
UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

Gheorghe Ciocan,
    Plaintiff,

v.

Ricardo Gabriel Jiminez, et al.,
    Defendants.

Case No. 1:15-cv-01426-MMM-JEH

### Order

The Defendants' Notice of Removal asserts diversity of citizenship as the basis of the Court's subject matter jurisdiction. The allegations of the Notice of Removal do not sufficiently support that assertion.

The Notice of Removal alleges the following information about the parties. Plaintiff Gheorghe Ciocan is, upon information and belief, a citizen of the State of Illinois. Defendant Warren Transport, Inc. has been a corporation organized under the laws of the State of Nebraska with its principal place of business in the State of Iowa. Defendant Ricardo Gabriel Jiminez has at all relevant times resided in the State of Texas.

While the Notice of Removal alleges that Defendant Ricardo Gabriel Jiminez is a *resident* of the State of Texas, the Notice of Removal does not identify Jiminez's state of citizenship. Defendants allege the residence rather than citizenship of Jiminez. See *America's Best Inns, Inc v Best Inns of Abilene, LP*, 980 F2d 1072, 1074 (7th Cir 1992) ("In federal law citizenship means domicile, not residence"). Therefore, the Notice of Removal must identify Jiminez's citizenship in order for the Court to determine whether diversity jurisdiction actually exists.

1

Next, asserting jurisdiction on the basis of "information and belief" is insufficient to invoke diversity jurisdiction. *America's Best Inns, Inc*, 980 F2d at 1074 ("to the best of my knowledge and belief" is insufficient to invoke diversity jurisdiction); *Page v Wright*, 116 F2d 449, 451 (7th Cir 1940) (expressing serious doubts as to whether the record could be sustained in the face of a direct jurisdictional attack where diversity jurisdiction was asserted, in part, based upon information and belief). Here, the Defendants' Notice insufficiently alleges that the Plaintiff is, *upon information and belief*, a citizen of Illinois.

Accordingly, the Defendants are directed to file an amended notice of removal that adequately alleges the factual basis for this Court's jurisdiction. The amended Notice shall be filed within 14 days of this date.

*It is so ordered.*

Entered on October 16, 2015.

<u>s/Jonathan E. Hawley</u>
U.S. MAGISTRATE JUDGE