IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| Gheorghe Ciocan, | ) |
|         Plaintiff, | ) |
| v. | ) Case No. 15-1426 |
| Ricardo Gabriel Jiminez, individually And as agent of Warren Transport, Inc., and Warrant Transport, Inc., | ) |
|         Defendants. | ) |

### ORDER

This matter is now before the Court on the parties' joint Motion to Dismiss (ECF No. 23).  For the reasons set forth below, their motion is GRANTED.  This matter is now terminated.

### Background

On October 26, 2015, Defendants filed their Amended Notice of Removal (ECF No. 3).  On August 26, 2016, the parties settled the matter at mediation.  Since that point, the parties have executed releases and disbursed settlement money.

### Conclusion

The joint motion to dismiss (ECF No. 23) is GRANTED.  Each side shall be responsible for its own costs and fees.  The Clerk of Court is directed to close the case.  This matter is now terminated.

ENTERED this 23rd day of November, 2016.

                                                  s/ Michael M. Mihm
                                                  Michael M. Mihm
                                                  United States District Judge